# HARRIS BEACH PLLC
ATTORNEYS AT LAW

September 26, 2022

THE OMNI
333 EARLE OVINGTON BLVD, SUITE 901
UNIONDALE, NEW YORK 11553
516.880.8484

**DANIEL S. HALLAK**
SENIOR COUNSEL
DIRECT: 516.880.8387
FAX: 516.880.8483
DHALLAK@HARRISBEACH.COM

Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: Joshua B. Hyman, MD, PLLC v. Empire Blue Cross and Blue Shield
Civil Action No. 1:22-cv-08088

Dear Judge Koeltl:

This office represents Plaintiff Joshua B. Hyman, M.D., PLLC in the above-captioned matter. We write, in accordance with Section I(A) of Your Honor's Individual Rules, and with Defendant's consent, to request that the following deadlines be applied to this case:

- October 26, 2022 – Deadline for Plaintiff to file Complaint
- November 30, 2022 — Defendant shall respond to the Complaint

We thank Your Honor for your attention to this matter.

Respectfully submitted,

HARRIS BEACH PLLC

/s/ Daniel S. Hallak
Daniel S. Hallak

DSH:ag

cc: All counsel via ECF

APPLICATION GRANTED
SO ORDERED

_/s/ John G. Koeltl_
John G. Koeltl, U.S.D.J.

9/27/22