**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

November 8, 2022

THE OMNI
333 EARLE OVINGTON BLVD, SUITE 901
UNIONDALE, NEW YORK 11553
516.880.8484

**DANIEL S. HALLAK**
SENIOR COUNSEL
DIRECT: 516.880.8387
FAX: 516.880.8483
DHALLAK@HARRISBEACH.COM

Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: *Joshua B. Hyman, MD, PLLC v. Empire Blue Cross and Blue Shield*
Civil Action No. 1:22-cv-08088

Dear Judge Koeltl:

This office represents Plaintiff Joshua B. Hyman, M.D., PLLC in the above-captioned matter. We write, in accordance with Section I(A) of Your Honor's Individual Rules, and with Defendant's consent, to request an additional extension of Plaintiff's deadline to file the federal Complaint in this action, currently due on November 9, 2022 (Dkt. 6-7). This is Plaintiff's third request for an extension of this deadline.

If Your Honor is amenable to this request, Plaintiff respectfully requests the following deadlines be applied to this case.

- December 14, 2022 – Deadline for Plaintiff to file Complaint
- January 19, 2022 — Defendant shall respond to the Complaint

We thank Your Honor for your attention to this matter.

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
11/8/22

Respectfully submitted,

HARRIS BEACH PLLC

/s/ Daniel S. Hallak

Daniel S. Hallak

DSH:ag
cc: All counsel via ECF